Michael B. Allen, Esq.; SBN: 81550
Grant H. Baker, Esq.; SBN: 237276
Assaad M. Stephan, Esq.: SBN: 246183
MICHAEL B. ALLEN LAW GROUP, INC.
520 South El Camino Real, Suite 840
San Mateo, California 94402
Telephone:   (650) 347-5000
Facsimile:    (650) 340-6350

Attorneys for Defendants PARK PLAZA TOWERS OWNERS ASSOCIATION, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT CORPORATION

Attorney for Defendants PARK PLAZA TOWERS OWNERS ASSOC., JOSEPH SCHREURS, LADONNA HORWITZ, NYLA STARR, SHERRY BERENSTEIN, JULIE ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM HO, DENNIS GALE, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCERLAIN, <br><br> Plaintiff, <br><br> v. <br><br> PARK PLAZA TOWERS OWNERS ASSOCIATION, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT CORPORATION, a California corporation, and DOES 1 through 30, Inclusive, <br><br> Defendants. | CASE NO: CV 13 4384 MMC <br><br> **STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES UNDER FRCP 26(f); ORDER THEREON** |
| PATRICK MCERLAIN, <br><br> Plaintiff, <br><br> v. <br><br> PARK PLAZA TOWERS OWNERS ASSOCIATION, JOSEPH SCHREURS, LADONNA HORWITZ, NYLA STARR, SHERRY BERENSTEIN, JULIE ROBLES, CYNTHIA SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM HO, DENNIS GALE, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT CORPORATION, a California corporation, and DOES One through FIFTY, <br><br> Defendants. | CASE NO: CV 13 3232 MMC |

1     **IT IS HEREBY STIPULATED BY AND BETWEEN** Grant H. Baker, attorney for
2 Defendants PARK PLAZA TOWERS OWNERS ASSOCIATION, JOSEPH SCHREURS,
3 LADONNA HORWITZ, NYLA STARR, SHERRY BERENSTEIN, JULIE ROBLES, CYNTHIA
4 SCHREURS, TRACY FALLON, NORMA BERLINER-SALTZ, TIM HO, DENNIS GALE,
5 DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT CORPORATION, a California
6 corporation, and Sharon G. Pratt, attorney for Plaintiff NANCY MCERLAIN, and Robert G. Howie,
7 attorney for PATRICK MCERLAIN and pursuant to local rule 6-1(a), the parties hereby agree to
8 extend the deadline to serve Initial Disclosures for Discovery from November 15, 2013 to December
9 2, 2013.

10

11 **IT IS SO STIPULATED:**

12

13 Dated: _____            **MICHAEL B. ALLEN LAW GROUP, INC.**

14

15                                               /S/ GRANT H. BAKER

16                                               GRANT H. BAKER, ESQ
                                              MICHEL B. ALLEN, ESQ.
17                                               Attorneys for Defendants PARK PLAZA
                                              TOWERS OWNERS ASSOCIATION,
                                              DAVID BEHLING, and BEHLING PROPERTY
18                                               MANAGEMENT CORPORATION

19 Dated: _____            **PRATT & ASSOCIATES**

20                                               /S/ SHARON G. PRATT

21

22                                               SHARON G. PRATT, ESQ.
                                              Attorney for NANCY MCERLAIN

23 Dated: _____            **HOWIE & SMITH, LLP**

24

25                                               /S/ ROBERT G. HOWIE

                                              ROBERT G. HOWIE, ESQ.
26                                               Attorney for PATRICK MCERLAIN

27 //

28 //

**IT IS SO ORDERED:**, as stipulated, that the deadline to serve Initial Disclosures for Discovery is extended from November 15, 2013 to December 2, 2013.

Dated: November 22, 2013

_____
JUDGE MAXINE M. CHESNEY