IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCERLAIN, | No. C 13-4384 MMC |
| Plaintiff, | **ORDER REFERRING DISCOVERY MATTERS TO MAGISTRATE JUDGE** |
| v. | |
| PARK PLAZA TOWERS OWNERS ASSOCIATION, et al., | |
| Defendants. / | |

On November 26, 2013, the Court issued, pursuant to Civil Local Rule 72-1, an order referring to a magistrate judge the Motion to Quash Subpoena for Production of Documents, filed by defendants in Patrick John McErlain v. Park Plaza Towers Owners Association, et al., C 13-3232; said motion and all further discovery matters in said case were thereafter assigned to Magistrate Judge Laurel Beeler. The Court, having recently learned that the subject subpoena was issued in the above-titled related case as well, defendants' Motion to Quash and all further discovery matters in the above-titled action are hereby REFERRED to Magistrate Judge Beeler, to be heard and considered at the convenience of her calendar.

**IT IS SO ORDERED.**

Dated: December 18, 2013

MAXINE M. CHESNEY
United States District Judge