UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NANCY MCERLAIN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 13-04384 MMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 21] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. Order of Reference, ECF No. 21. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: December 18, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 13-04384 MMC (LB)
NOTICE OF REFERRAL AND ORDER