IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCERLAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>　　　　Defendants. | No. C-13-4384 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO STRIKE SECOND, THIRD, AND FOURTH CAUSES OF ACTION** |

Before the Court is the "Special Anti-Slapp Motion to Strike Second, Third, and Fourth Causes of Action of Plaintiff's Complaint," filed by defendants on December 2, 2014. Plaintiff Nancy McErlain has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for January 24, 2014.

**IT IS SO ORDERED.**

Dated: January 22, 2014

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge