Natalie P. Vance, Bar No. 206708
Lindsey N. Heaton, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
lheaton@klinedinstlaw.com

Attorneys for Defendants
PARK PLAZA TOWERS OWNERS
ASSOCIATION, DAVID BEHLING and
BEHLING PROPERTY MANAGEMENT
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MC ERLAIN,<br><br>Plaintiff,<br><br>v.<br><br>PARK PLAZA TOWERS OWNERS<br>ASSOCATION, DAVID BEHLING,<br>BEHLING PROPERTY MANAGEMENT<br>CORPORATION, and DOES 1 through<br>30, inclusive,<br><br>Defendants. | Case No.     3:13-CV-04384-MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PARK PLAZA TOWERS OWNERS ASSOCIATION, DAVID BEHLING AND BEHLING PROPERTY MANAGEMENT CORPORATION** AND ORDER THEREON<br><br>Courtroom:      7<br>Judge:            Maxine M. Chesney<br>Complaint Filed: 9/20/2013<br>Trial Date:       2/19/2015 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE THAT Defendants PARK PLAZA TOWERS OWNERS

ASSOCATION, DAVID BEHLING, and BEHLING PROPERTY MANAGEMENT

CORPORATION, hereby make the following substitution:

1.      Former legal representative:  Former legal representative:  Grant H. Baker, Esq.,

Michael B. Allen Law Group, Inc., 520 South El Camino Real, Ste. 840, San Mateo, CA 94402,

(650) 347-5000 (telephone), (650) 340-6350 (facsimile), grant@mballenlaw.com (email); and

2.      New legal representative:  Natalie P. Vance, Esq. and Lindsey N. Heaton, Esq.,

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1  Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

2  (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

3  (email).

4       The undersigned consent to the substitution and certify that this substitution will not

5  delay the proceedings in this matter:

6

7                                              PARK PLAZA TOWERS OWNERS
                                               ASSOCATION
8

9  Dated: June      , 2014                     By: _____ Steve Starr
                                                   Defendant       president
10

11

12  Dated: June      , 2014                     _____
                                               DAVID BEHLING
13                                             Defendant

14                                             BEHLING PROPERTY MANAGEMENT
                                               CORPORATION
15

16
    Dated: June      , 2014                     By: _____
17                                                  Defendant

18                                             MICHAEL B. ALLEN LAW GROUP, INC.

19

20
    Dated: June      , 2014                     By: _____
21                                                  Grant H. Baker
                                                   Former Attorneys for Defendants
22                                                 PARK PLAZA TOWERS OWNERS
                                                   ASSOCIATION, DAVID BEHLING and
23                                                 BEHLING PROPERTY MANAGEMENT
                                                   CORPORATION
24

25  / / /

26  / / /

27  / / /

28  / / /

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

- 2 -

1    Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

2    (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

3    (email).

4        The undersigned consent to the substitution and certify that this substitution will not

5    delay the proceedings in this matter:

6

7                                           PARK PLAZA TOWERS OWNERS
                                            ASSOCATION
8

9    Dated: June     , 2014                 By: _____
                                               Defendant
10

11

12   Dated: June 3○, 2014                      ORBeh ＼ ＼
                                            _____
13                                          DAVID BEHLING
                                            Defendant
14

15                                          BEHLING PROPERTY MANAGEMENT
                                            CORPORATION
16
                                               ORBeh ＼
17   Dated: June     , 2014                 By: _____
                                               Defendant
18

19                                          MICHAEL B. ALLEN LAW GROUP, INC.

20

21   Dated: June     , 2014                 By: _____
                                               Grant H. Baker
22                                             Former Attorneys for Defendants
                                               PARK PLAZA TOWERS OWNERS
23                                             ASSOCIATION, DAVID BEHLING and
                                               BEHLING PROPERTY MANAGEMENT
24                                             CORPORATION

25   / / /

26   / / /

27   / / /

28   / / /

- 2 -

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1   Klinedinst PC, 801 K Street, Suite 2100, Sacramento, CA 95814, (916) 444-7573 (telephone),

2   (916) 444-7544 (facsimile), nvance@klinedinstlaw.com (email), lheaton@klinedinstlaw.com

3   (email).

4       The undersigned consent to the substitution and certify that this substitution will not

5   delay the proceedings in this matter:

6

7                                              PARK PLAZA TOWERS OWNERS
                                               ASSOCIATION
8

9   Dated: June      , 2014                    By: _____ Steve Starr
                                                   Defendant        president
10

11

12  Dated: June      , 2014                    _____

13                                             DAVID BEHLING
                                               Defendant
14

15                                             BEHLING PROPERTY MANAGEMENT
                                               CORPORATION
16

17  Dated: June      , 2014                    By: _____
                                                   Defendant
18

19                                             MICHAEL B. ALLEN LAW GROUP, INC.

20

21  Dated: June  2   , 2014                    By: _____
           July                                    Grant H. Baker
22                                                 Former Attorneys for Defendants
                                                   PARK PLAZA TOWERS OWNERS
23                                                 ASSOCIATION, DAVID BEHLING and
                                                   BEHLING PROPERTY MANAGEMENT
                                                   CORPORATION
24

25  / / /

26  / / /

27  / / /

28  / / /

                                        - 2 -

1

2

3

4

5

6

7

8

KLINEDINST PC

Dated: June        , 2014

By: _____
Natalie P. Vance
Lindsey N. Heaton
New Attorneys for Defendants
PARK PLAZA TOWERS OWNERS
ASSOCIATION, DAVID BEHLING and
BEHLING PROPERTY MANAGEMENT
CORPORATION

9

10

11

12

13

14

15

     IT IS SO ORDERED, provided, however, that the substitution shall not, by itself, constitute good cause to modify the dates and deadlines in the Pretrial Preparation Order.

Dated: July 7, 2014

_____
The Honorable Maxine M. Chesney
United States District Judge

15930910v1

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

SUBSTITUTION OF ATTORNEYS
3:13-CV-04384-MMC