IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCERLAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>　　　　Defendants. | No. C-13-4384 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT PARK PLAZA TOWERS OWNERS ASSOCIATION'S MOTION FOR ATTORNEY FEES AND COSTS** |

　　　Before the Court are two motions filed by defendant Park Plaza Towers Owners Association ("the HOA"): (1) "Motion for Attorney Fees and Costs," filed August 27, 2014; and (2) "Motion for Entry of Judgment," filed August 29, 2014. Having read and considered the motions, the Court rules as follows.

　　　Under Rule 54, a motion for "fees and related nontaxable expenses" may be filed only after entry of a judgment. See Fed. R. Civ. P. 54(d)(2)(B)(ii) (providing motion for fees and expenses "must," inter alia, "specify the judgment"). Where a motion for fees is filed prior to entry of judgment, the motion is premature and must be denied without prejudice. See Johnson v. URS Corp., 2008 WL 2945471, at *2 (D. Idaho July 25, 2008) (holding "motion for attorney's fees must be filed subsequent to obtaining a judgment"); see also, e.g., Hillcrest Property, LLP v. Pasco County, 2013 WL 3212358 (M.D. Fla. June 24, 2013)

(denying without prejudice motion for attorney's fees and costs, where judgment had not been entered).

Here, no judgment has been entered. Indeed, as noted, the HOA has filed a motion seeking entry of judgment. Consequently, there being no judgment, the motion for attorney's fees and costs is premature.

Accordingly, the HOA's motion for fees and costs is hereby DENIED, without prejudice to refiling "no later than 14 days after the entry of judgment." See Fed. R. Civ. P. 54(d)(2)(B)(i).[1]

**IT IS SO ORDERED.**

Dated: August 29, 2014

MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the above, the October 3, 2014 hearing on the motion for attorney's fees and costs is hereby VACATED. The October 3, 2014 hearing on the motion for entry of judgment remains as scheduled.