**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY MCERLAIN,

      Plaintiff,

  v.

PARK PLAZA TOWERS OWNERS
ASSOCIATION, et al.,

      Defendants.

                       /

No. C-13-4384 MMC

**ORDER GRANTING IN PART AND
DENYING IN PART PLAINTIFF'S
MOTION FOR LEAVE TO FILE MOTION
FOR RECONSIDERATION; DIRECTIONS
TO PLAINTIFF**

Before the Court is plaintiff's "Motion for Leave to File a Motion for Reconsideration of August 12, 2014 Order Granting Motion for Judgment on the Pleadings," filed September 2, 2014.  Having read and considered the motion, the Court rules as follows.

Good cause appearing, to the extent the motion seeks leave to file a motion for reconsideration of the August 12, 2014 order, the motion is hereby GRANTED, and plaintiff is hereby DIRECTED to file her motion for reconsideration no later than September 19, 2014.

In light of the above, to the extent the motion seeks, in the alternative, an order certifying the August 12, 2014 order as appropriate for interlocutory appeal, the motion is hereby DENIED as premature.

**IT IS SO ORDERED.**

Dated:  September 9, 2014

MAXINE M. CHESNEY
United States District Judge