United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY MCERLAIN,

    Plaintiff,

    v.

PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,

    Defendants.

No. C-13-4384 MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before the Court are two motions filed by defendants David Behling and Behling Property Management Corporation:  (1) "Motion for Summary Judgment or Alternatively Summary Adjudication," filed September 24, 2014 and noticed for hearing on October 31, 2014; and (2) "Motion to Dismiss Complaint," filed October 6, 2014 and noticed for hearing on November 14, 2014.

In the first of the above-referenced motions, said defendants argue they are entitled to judgment on the merits.  In the second of the above-referenced motions, said defendants argue that the Court must abstain from deciding the merits of the instant action in light of a pending state court action, under the doctrine set forth in Younger v. Harris, 401 U.S. 37 (1971).

//

As the Ninth Circuit had held, "if the district court is required to abstain under Younger," the district court "has no authority" to rule on the merits of the claim. See Meredith v Oregon, 321 F.3d 807, 816 (9th Cir. 2003). Consequently, if, as defendants contend, the Court is required to abstain under Younger, then the Court has no authority to determine whether, as defendants also contend, they are entitled to judgment on the merits.

Under such circumstances, the Court hereby VACATES the October 31, 2014 hearing on defendants' motion for summary judgment. The Court will reset the hearing date, as appropriate, after determining whether the Court is required to abstain under Younger.

**IT IS SO ORDERED.**

Dated:  October 29, 2014

MAXINE M. CHESNEY
United States District Judge