IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCERLAIN,<br><br>    Plaintiff,<br><br>  v.<br><br>PARK PLAZA TOWERS OWNERS ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | No. C-13-4384 MMC<br><br>**ORDER VACATING EXISTING DEADLINES AND DATES; DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

    Before the Court is plaintiff's Notice of Settlement, filed December 15, 2014, in which plaintiff reports the above-titled action has been settled and requests 45 days in which to file a dismissal.

    In light thereof, and good cause appearing, the Court hereby VACATES all existing deadlines and dates, including the trial date, and DIRECTS the parties to file, no later than February 13, 2015, a Joint Status Report, if a dismissal has not been filed prior to said date.

    **IT IS SO ORDERED.**

Dated: December 17, 2014

                                                        MAXINE M. CHESNEY
                                                         United States District Judge